**FILED**

06/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0030

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No: DA 23-0030

WILLIAM M. SOLEM and ELLEN G. SOLEM

Plaintiffs and Appellees,

v.

STATE OF MONTANA, DEPARTMENT OF REVENUE

Defendant and Appellant.

Appellee is granted an extension of time until July 25, 2023, to prepare, file, and serve its Response Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 23 2023